# UNITED STATES DISTRICT COURT
## District of Minnesota

Sanjip Ram,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, David Venturella, David Easterwood, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3648 PAM/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's request to withdraw (Docket No. 6) is GRANTED; and

2. This action is DISMISSED without prejudice.

Date: 9/11/2026

KATE M. FOGARTY, CLERK